UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                 Case Number 16-20414

v.                                                    Honorable David M. Lawson

DEMARCO TEMPO,

        Defendant.
_____/

## ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION TO UNSEAL

This matter is before the Court on the defendant's motion to unseal records in several miscellaneous proceedings concerning the execution of search warrants related to the criminal investigation in this matter. The Court heard oral argument on the motion on December 10, 2025, and at the end of the hearing the Court announced from the bench its decision to deny the motion without prejudice.

Accordingly, it is **ORDERED** that the defendant's motion and amended motion to unseal (ECF No. 1011, 1019) are **DENIED** without prejudice as moot for the reasons stated on the record.

                                                                     s/David M. Lawson
                                                                     DAVID M. LAWSON
                                                                     United States District Judge

Dated: December 11, 2025